UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA M. PERROTTA,<br><br>      Plaintiff,<br><br>      v.<br><br>DR. OSSER, et al.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 14-10253-WGY |
| LISA M. PERROTTA,<br><br>      Plaintiff,<br><br>      v.<br><br>LINDA MAGEE, et al.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 14-11301-WGY |

ORDER

YOUNG, D.J.                                                November 13, 2014

On September 26, 2014, the Court directed the plaintiff to inform the Court within thirty-five days whether she has a legal guardian. The Court explained that if she is under a guardianship, she cannot proceed pro se.

The deadline for responding to the order has passed, and the plaintiff has not informed the Court whether she has a legal guardian. Although the plaintiff sought additional time to comply with the Court order, she did not offer any substantial reason why she was unable to comply with the original deadline or why additional time would permit her to clarify her legal status.

Accordingly, these actions are DISMISSED WITHOUT PREJUDICE. SO ORDERED.

                                          /s/ William G. Young
                                          WILLIAM G. YOUNG
                                          UNITED STATES DISTRICT JUDGE